UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────x

JOSEF VOLMAN,

        Plaintiff,

  -against-

PAPI'S GRILL, CORP. d/b/a PAPI'S GRILL
and LIBERTY MERRICK LLC,

        Defendants.
───────────────────────────────x

Civil Action No.

1:21-cv-05079

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

    Plaintiff JOSEF VOLMAN and Defendants PAPI'S GRILL, CORP d/b/a PAPI'S GRILL and LIBERTY MERRICK LLC. by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

    Dated: February 16, 2022

By: _____
Jeremy M. Ancelson, Esq.
*Attorney for Plaintiff*
Jeremy M. Ancelson P.C.
345 East 80th Street, Ste. 17A
New York, NY 10075
(516) 820-3707
jancelson@ancelsonlaw.com

By: _____
Heriberto Cabrera, Esq.
*Attorney for Defendants*
Heriberto A. Cabrera & Associates
480 39th Street, Second Floor
Brooklyn, NY 11232
(718) 439-3600
Herblaw11220@gmail.com

cc: Via CM/ECF

**SO ORDERED.**

Dated:  February 23, 2022
       Brooklyn, New York

                  **s/ WFK**
              _____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE